1042

[No. 46364-1-I.   Division One.   June 11, 2001.]

THE STATE OF WASHINGTON, *on the relation of Colton J. Hanebuth*, ET AL., *Respondents*, v. SCOTT A. HANEBUTH, *Appellant*, LILAS S. ASHER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-3-09866-1, Patricia H. Clark, J., entered January 24, 2000. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse and Cox, JJ.

[No. 46411-6-I.   Division One.   June 11, 2001.]

EARL F. KNUTH, ET AL., *Appellants*, v. BENEFICIAL WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-19485-3, J. Kathleen Learned, J., entered March 28, 2000. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Baker, JJ. Now published at 107 Wn. App. 727.

[No. 46697-6-I.   Division One.   June 11, 2001.]

UNITED WHOLESALE SUPPLY, INC., *Appellant*, v. LESTER WEAR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-07175-3, Thom H. Graafstra, J. Pro Tem., entered May 4, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Grosse, J.

[No. 46702-6-I.   Division One.   June 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RONALD PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02003-8, Helen Halpert, J., entered April 25, 2000. *Dismissed* by unpublished per curiam opinion.